FILED
CLERK, U.S. DISTRICT COURT

**JUL − 2 2010**

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 09-0445 DSF |
| Plaintiff, | ) |
| | ) ORDER [OF DETENTION] [SETTING |
| | ) CONDITIONS OF RELEASE] AFTER |
| v. | ) HEARING (18 U.S.C. §3148(b): |
| JESSICA CHRISTINE GUERRERO, | ) (Allegations of Violation of Pretrial |
| | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

    (A)  ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

    (B)  (✓)   Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)   (A)   (✓)   Based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

(B)   (✓)   The defendant is unlikely to abide by any condition or combination of conditions of release.

(3)   ( )   There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

OR

(4)   ( )   The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety any other person or the community, and that the defendant will abide by such conditions.  See separate Order setting conditions.

( )   It is further ordered that this order is stayed for72 hours in order to allow the Government to seek review from the assigned district judge or criminal duty district judge as appropriate.

OR

C.

(✓)   IT IS ORDERED defendant be detained prior to trial.  **The above legal conclusions are based primarily upon Defendant's ongoing drug use while on bail (and even after completing a drug rehabilitation program already) and Defendant's threats to her parents.  While mindful of Defendant's pregnancy, the Court finds that Defendant is not amenable to release at this juncture and, in fact, detention may also better serve the**

- 2 -

1               interests of the mother and her unborn child. *See U.S. v.*

2               *Crews*, 2006 WL 2375496, at *2 (W.D.N.C. Aug. 14, 2006)

3               ("[T]he undersigned is of the view that detaining Defendant is

4               actually in her best interest, as well as the best interest of the

5               community and her unborn child").

6

7    DATED: July 2, 2010

8                         HONORABLE JAY C. GANDHI

9                         UNITED STATES  MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28